UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JALEA LAMOT,

                                   Plaintiff,

                    -against-

THE CITY OF NEW YORK, a municipal entity,
MICHAEL BLOOMBERG, Mayor of the City of New
York, RAYMOND W. KELLY, New York City Police
Commissioner, New York City Police Supervisors and
Commanders RICHARD ROEs 1-50, POLICE OFFICER
JAMES M. BULLOCK (Shield # 1444), POLICE
OFFICERS JOHN DOE AND RICHARD ROE( names
and number of whom are unknown at present), and other
unidentified members of the New York City Police
Department,

                                           Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ. 5300 (DLC)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
          June 30, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for defendant City of New York
                                        100 Church St.
                                        New York, New York 10007
                                        (212) 788-0823

                                        By: _____
                                            Hillary A. Frommer (HF 9286)
                                            Senior Counsel

To:    Anthony Cecutti, Esq. (via ECF)

Index No. 08 Civ. 5300 (DLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JALEA LAMOT,

Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity, MICHAEL BLOOMBERG, Mayor of the City of New York, RAYMOND W. KELLY, New York City Police Commissioner, New York City Police Supervisors and Commanders RICHARD ROEs 1-50, POLICE OFFICER JAMES M. BULLOCK (Shield # 1444), POLICE OFFICERS JOHN DOE AND RICHARD ROE( names and number of whom are unknown at present), and other unidentified members of the New York City Police Department,

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Hillary A. Frommer*
*Tel: (212) 788-0823*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................, 200......*

*................................................................................ Esq.*

*Attorney for................................................................*