UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JALEA LAMOT,

                                                                                        **NOTICE OF SERVICE**

                                                             Plaintiff,

                                                                                         08 Civ. 5300 (DLC)

                  -against-

THE CITY OF NEW YORK, a municipal entity,
MICHAEL BLOOMBERG, Mayor of the City of New
York, RAYMOND W. KELLY, New York City Police
Commissioner, New York City Police Supervisors and
Commanders RICHARD ROEs 1-50, POLICE OFFICER
JAMES M. BULLOCK (Shield # 1444), POLICE
OFFICERS JOHN DOE AND RICHARD ROE( names
and number of whom are unknown at present), and other
unidentified members of the New York City Police
Department,

                                                                       Defendants.

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that on June 30, 2008, Hillary A. Frommer attorney for defendant City of New York, hereby provided Anthony Cecutti, counsel for plaintiff Jalea Lamont, a copy of the Notice of Initial Pretrial Conference dated June 25, 2008 and a copy of the Individual Practices in Civil Cases for the Honorable Denise L. Cote, United States District Judge for the Southern District of New York via first class mail.

Dated:  New York, New York
          June 30, 2008

                                             MICHAEL A. CARDOZO
                                             Corporation Counsel of the City of New York
                                             Attorney for defendant City of New York
                                             100 Church St.
                                             New York, New York  10007
                                             (212) 788-0823

                                             By: _____
                                                 Hillary A. Frommer (HF 9286)
                                                 Senior Counsel

To:     Anthony Cecutti, Esq. (via ECF)

Index No. 08 Civ. 5300 (DLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JALEA LAMOT,

Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity, MICHAEL BLOOMBERG, Mayor of the City of New York, RAYMOND W. KELLY, New York City Police Commissioner, New York City Police Supervisors and Commanders RICHARD ROEs 1-50, POLICE OFFICER JAMES M. BULLOCK (Shield # 1444), POLICE OFFICERS JOHN DOE AND RICHARD ROE( names and number of whom are unknown at present), and other unidentified members of the New York City Police Department,

Defendants.

**NOTICE OF SERVICE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Hillary A. Frommer*
*Tel: (212) 788-0823*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................, 200......*

*.................................................................. Esq.*

*Attorney for..............................................................*