UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x
JALEA LAMOT,

                                       Plaintiff,

                                                           NOTICE OF APPEARANCE

     -against-

CITY OF NEW YORK, et al.,                              08 CV 5300 (DLC)

                                         Defendants.
---------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Meghan A. Cavalieri**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, Michael Bloomberg, Raymond W. Kelly, and Detective James Bullock, having replaced Assistant Corporation Counsel Hillary A. Frommer, effective immediately.

Dated:  New York, New York
          July 30, 2008

                                                   MICHAEL A. CARDOZO
                                                   Corporation Counsel
                                                   of the City of New York
                                                   Attorney for Defendants City of New York,
                                                   Bloomberg, Kelly and Bullock
                                                   100 Church Street, Room 3-156
                                                   New York, New York 10007
                                                   (212) 788-6405

                                          By:  */s/ Meghan Cavalieri*
                                                   Meghan A. Cavalieri (MC 6758)
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division

To:    BY ECF
        Anthony Cecutti, Esq.
        Romano & Kuan, PLLC
        Attorneys for Plaintiff