


**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MEGHAN A. CAVALIERI
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

August 22, 2008

BY HAND
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Jalea Lamot v. City of New York, et al., 08 CV 5300 (DLC)

Dear Judge Cote:

    I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to the above-referenced case on behalf of defendants the City of New York, Mayor Bloomberg, Commissioner Kelly and James Bullock. I am writing with the consent of plaintiff's counsel, Anthony Cecutti, Esq., to respectfully request an adjournment of the Initial Conference scheduled for September 19, 2008 at 9:00 a.m. to a date during the week of September 29, 2008 or a date convenient to the Court.

    The reason for this request is that I am scheduled to be on trial beginning on September 15, 2008 before the Honorable Paul Crotty in the matter of Karen Cameron, et al., v. City of New York et al. 06 CV 7798. It is likely that I will be engaged in that matter through September 19, 2008. I have conferred with Mr. Cecutti and he has indicated that he is available on the week of September 29, 2008 through October 3, 2008 in the late afternoon, preferably at 4:00 p.m. Due to a previously scheduled court appearance, I am unavailable on October 2, 2008. Therefore, I respectfully request the conference be adjourned to 4:00 p.m. on a date from September 29, 2008 through October 3, 2008, excluding October 2, 2008, or a date and time convenient to the Court.

Respectfully submitted,

*Meghan Cavalieri*

Meghan A. Cavalieri (MC 6758)
Assistant Corporation Counsel
Special Federal Litigation Division

*Conference is adjourned to October 3, 2008 at 9:30 a.m.*

*Denise Cote*
*August 25, 2008*

- 2 -

cc:  <u>VIA FACSIMILE</u>
Anthony Cecutti, Esq.
Romano & Kuan, PLLC
Attorneys for Plaintiff
100 Lafayette Street, Suite 401
New York, New York 10013
(212) 274-9790