

**Romano & Kuan**
ATTORNEYS at LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08
```

September 3, 2008

**BY HAND**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    <u>Jalea Lamot v. City of New York, et al.</u>, 08 CV 5300 (DLC)

Dear Judge Cote:

    I am an associate at Romano & Kuan, PLLC, counsel for Plaintiff, Ms. Jalea Lamot. I write with the consent of Defendants' counsel, Ms. Meghan Cavalieri, Esq., to respectfully request an adjournment of the Initial Conference scheduled for October 3, 2008 at 9:30 a.m. to any of the following: September 26, 2008 (before 1 p.m. or after 3 p.m.), September 30, 2008, October 1, 2008, October 6, 2008, October 9, 2008 (after 11 a.m.). Your Honor had previously adjourned the Initial Conference originally scheduled for September 19, 2008 at 9:00 a.m. to October 3, 2008 at 9:30 a.m. at the request of Ms. Cavalieri on August 26, 2008.

    The reason for this request is that I will be involved in a deposition on October 3, 2008 in the matter of <u>Marcos Poventud v. City of New York, et al.</u>, 07 CV 3998 (GEL) and <u>Robert Maldonado v. City of New York, et al.</u>, Index No. 17568/2004 (Bronx County)

    In view of the foregoing, we respectfully request the Court grant the within request. Thank you for your consideration.

Respectfully submitted,

Anthony Cecutti (AC 5867)

*Conference is adjourned to Sept. 26 at noon.*
*Denise Cote*
*9/4/08*

ROMANO & KUAN PLLC  ·  100 LAFAYETTE STREET  ·  SUITE 401  ·  NEW YORK NY 10013

PH: 212.274.0777  ·  FX: 212.274.9790  ·  INFO@ROMANOANDKUAN.COM

cc: <u>VIA FACSIMILE</u>
    Meghan Cavalieri, Esq.
    Assistant Corporation Counsel
    Corporation Counsel
    100 Church Street
    New York, New York 10007
    Fax: (212) 788-9776

Romano & Kuan
ATTORNEYS at LAW